24cr342 MJD/LIB

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 924(d) |
| | 18 U.S.C. § 1112 |
| v. | 18 U.S.C. § 1151 |
| | 18 U.S.C. § 1153(a) |
| TYRELL WILLIAM STATELY, | 28 U.S.C. § 2461(c) |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Involuntary Manslaughter)

On or about December 21, 2023, in the State and District of Minnesota and within the exterior boundaries of the Red Lake Indian Reservation, the defendant,

**TYRELL WILLIAM STATELY,**

an Indian, did kill Adult Victim 1 in the commission without due caution and circumspection of a lawful act which might produce death, that is, operating a firearm; all in violation of Title 18, United States Code, Sections 1112, 1151, and 1153(a).

SCANNED
DEC 18 2024
U.S. DISTRICT COURT MPLS

*United States v. Tyrell William Stately*

## FORFEITURE ALLEGATIONS

Count 1 of this Indictment is incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

Upon conviction of Count 1 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearms, accessories and ammunition involved in or used in connection with such violation, including but not limited to the following: a Glock model 23, .40 caliber semi-automatic pistol bearing serial number NWD794; and a Taurus model PT111 G2A, 9mm semi-automatic pistol bearing serial number 1C159008, and related accessories and ammunition.

A TRUE BILL

_____        _____
UNITED STATES ATTORNEY              FOREPERSON

2