# UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

                           Plaintiff,

v.

                                             **Criminal No.** 24-cr-342-MJD-LIB

TYRELL WILLIAM STATELY,

                        Defendant,

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

                    (x)Ad Prosequendum             ( )Ad Testificandum

Name of Detainee: <u>Tyrell William Stately</u>
Detained at (custodian): <u>Crow Wing County Jail</u>

The government is requesting the ATF to transport detainee.

Detainee is:   a.)      (x ) charged in this district by:  Indictment
                          Charging Detainee With: <u>Involuntary Manslaughter</u>
     or     b.)      ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.)      (x) return to the custody of detaining facility upon termination of this proceeding
     or     b.)      ( ) be retained in federal custody until final disposition of federal charges.

Appearance is necessary on Wednesday, March 18, 2026, at 1:00 p.m. in the courtroom of The Honorable Michael Davis.

Dated: March 13, 2026                    _s/ Torrie J. Schneider_
                                        TORRIE J. SCHNEIDER, SAUSA

## WRIT OF HABEAS CORPUS

                   (x)Ad Prosequendum               ( )Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

<u>March 17, 2026</u>                           s/Michael J. Davis
Date                                    THE HONORABLE MICHAEL DAVIS
                                          UNITED STATES DISTRICT JUDGE

Please provide the following, if known:

| | | Gender: | <u>M</u> |
|---|---|---|---|
| A.K.A.(s) (if applicable): | | | |
| Booking or Fed. Reg.#: | | DOB: | <u>Xx/xx/2000</u> |
| Facility Address: | 313 Laurel Street | Race: | |
| | Brainerd, MN 56401 | FBI #: | |
| Facility Phone: | 218-822-7050 | | |
| Currently Incarcerated For: | | | |

**RETURN OF SERVICE**

**Executed on** _____ **by** _____ _____
                                                                     (Signature)

Writ issued 3/17/2026